IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV158-1-MU

| | |
|---|---|
| DARRYL ANDREW GIVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| OFFICER A. DEMAIORIBUS, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court for an initial review of Plaintiff's Complaint pursuant to 42 U.S.C. § 1983, filed April 10, 2009.

In his Complaint Plaintiff states that on October 10, 2008, he was arrested for the alleged sale of crack cocaine. Plaintiff alleges that at that time the arresting officer threw him to the ground and dislocated his right shoulder. Plaintiff further alleges that later that day he was taken to the hospital and treated for his injury. Plaintiff states that to date he is still being treated for this injury. Plaintiff lists the Charlotte Mecklenburg Police department, Angelo Demaioribus, a police officer, and C.N. Denton, also a police officer, as defendants.

As an initial matter, the Court notes that Plaintiff fails to state a claim against the Charlotte Mecklenburg Police Department. In order to state a claim against a local governing body a plaintiff must allege that his injury was caused by the execution of a municipal custom or policy. Monell v. Department of Social Services, 436 U.S. 658, 694 (1978). Plaintiff does not allege that excessive force was used pursuant to a custom or policy. Consequently, the Charlotte Mecklenburg Police

Department is dismissed from this case.

Plaintiff also lists two police officers as defendants. Plaintiff does not, however, mention either of them by name in his Complaint. As such, these individuals are not on notice as to what actions of theirs are being alleged to have violated the constitutional rights of Plaintiff.

**IT IS THEREFORE ORDERED THAT:**

1. The Charlotte Mecklenburg Police Department is **DISMISSED** from this matter; and

2. Within twenty days of the filing of this Order, Plaintiff is directed to file a document specifying the precise actions taken by each of the remaining two defendants – Angelo Demaioribus and C.N. Denton – that he believes renders them liable pursuant to 42 U.S.C. § 1983. <u>Plaintiff is warned that failure to timely comply with this Order will result in the dismissal of his Complaint</u>.

Signed: April 23, 2009

Graham C. Mullen
United States District Judge