IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV158-1-MU

| | |
|---|---|
| DARRYL ANDREW GIVENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER A. DEMAIORIBUS, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court on its own motion.

On April 10, 2009, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. On April 23, 2009, after conducting an initial review, this Court dismissed the Charlotte Mecklenburg Police Department from this case. After noting that Plaintiff failed to specifically refer to either of the two remaining defendants in the text of his Complaint, the Court also ordered Plaintiff to file a document specifying the precise actions taken by each of the remaining two defendants that he believed rendered them liable pursuant to 42 U.S.C. § 1983.

On May 5, 2009, Plaintiff filed a document which included more specific details with regard to the actions of each of the remaining defendants. After a careful review of the record, the Court finds that Defendants Demaioribus and Denton should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost on Defendants Demaioribus and Denton .

Signed: June 16, 2009

Graham C. Mullen
United States District Judge