IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV158-1-MU

| | |
|---|---|
| DARRYL ANDREW GIVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| OFFICER A. DEMAIORIBUS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court upon its own motion.

If any party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

**THEREFORE, IT IS HEREBY ORDERED** that If any party wishes to file a dispositive motion, such a motion must be filed with this Court within sixty days of the filing of this Order.

Signed: November 4, 2009

Graham C. Mullen
United States District Judge