# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darryl Andrew Givens ,

       Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                                    3:09-cv-158

Angelo Demaioribus, et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2012 Order.

                                                 Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court